Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BANKROLL CAPITAL INC., a California corporation, and AMERICAN BUSINESS SERVICES INC., a Colorado corporation,<br><br>*Defendants.* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Michael Scofield ("Plaintiff" or "Scofield") brings this Class Action Complaint and Demand for Jury Trial against Defendant American Business Services Inc. ("Defendant" or "American Business Services") and Defendant Bankroll Capital, Inc., ("Defendant" or "Bankroll") and to stop the Defendants from violating the Telephone Consumer Protection Act ("TCPA") and the Florida

Telephone Solicitation Act ("FTSA") by sending telemarketing text messages *without consent* to consumers who registered their phone numbers on the National Do Not Call registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendants' conduct. Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.      Plaintiff Michael Scofield is a resident of Port Saint Lucie, Florida.

2.      Defendant Bankroll Capital, Inc., is a California corporation with its principal place of business in Irvine, California. Defendant Bankroll conducts business throughout this District, California, and the U.S.

3.      Defendant American Business Services Inc. is a Colorado corporation with its principal place of business in Denver, Colorado. Defendant American Business Services conducts business throughout this District, California, and the U.S.

## JURISDICTION AND VENUE

4.      This Court has federal question jurisdiction over the TCPA claim pursuant to 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"). The Court has supplemental jurisdiction

over the FTSA claims, as they arise out of the same telemarketing campaign as the TCPA claim.

5.    Venue is proper pursuant to 28 U.S.C. § 1391(b) because Defendant Bankroll directed the calls at issue to Plaintiff from this District.

6.    This Court has personal jurisdiction over the Defendants and the venue is proper under 28 U.S.C. § 1391(b) because Defendants conduct business in this District and the conduct leading to this case was directed to the Plaintiff and other members of the Classes from this District.

## INTRODUCTION

7.    As the Supreme Court recently explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

8.    The National Do Not Call Registry allows consumers to register their telephone numbers and thereby indicate their desire not to receive telephone solicitations at those numbers. *See* 47 C.F.R. § 64.1200(c)(2).

3

9.     A listing on the Registry "must be honored indefinitely, or until the registration is cancelled by the consumer or the telephone number is removed by the database administrator." *Id.*

10.     Industry data shows that the number of robocalls made each month increased from 831 million in September 2015 to 4.7 billion in December 2018—a 466% increase in three years.

11.     According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in June 2022 alone, at a rate of 144.3 million calls per day. www.robocallindex.com (last visited July 12, 2022).

12.     The FCC also has received an increasing number of complaints about unwanted calls, with over 150,000 complaints in 2020, and over 160,000 complaints in 2021. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

13.     "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

14.     "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone*

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

4

*Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

**Defendant Bankroll Generates Business Through Unsolicited Telemarketing**

15.    Defendant Bankroll provides a marketplace of financing solutions for clients including business loans and lines of credit.[3]

16.    Defendant Bankroll markets its financing solutions through a number of marketing methods including unsolicited telemarketing.

17.    Defendant Bankroll's employees have shared about their cold calling experience, and their experience using automated calling software products, for instance:

**Bankroll**
Full-time · 1 yr
Irvine, California, United States

**Credit Officer**
Mar 2021 – Dec 2021 · 10 mos

- Closed over 100 deals for lenders and business owners
- Promoted to Credit Officer in March 2021
- Opportunities closed resulted in over $600,000 of sales for Bankroll from business funding
- Built relationships with business owners for renewed funding

**Loan Specialist**
Jan 2021 – Mar 2021 · 3 mos

- Administered over 5,000 cold calls to generate leads for business funding
- Trained Loan Specialist in cold calling, rebuttals, and strategy
- Leads generated resulted in over $100,000+ of sales from business funding
- Pitched solutions for small business owners to fund equipment, payroll, expansion     [4]

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://bankroll.io/
[4] https://www.linkedin.com/in/mez-dick-9bb09b191/

Current Employee, more than 1 year

**Work Work Work Work**

Jun 30, 2021 - Loan Specialist in Irvine, CA

❌ Recommend    ⭕ CEO Approval    ✅ Business Outlook

**Pros**
Good pay, wasnt very difficult, fun competitions, fun work events.

**Cons**
Cold calling, dealing with a lot of angry people and getting yelled at on the phone, totally ripping off businesses with predatory loans. Little sketechy some of the practices and how we were reaching out to business owners through an automated system. [5]

18.     Defendant Bankroll hires employees for placing cold calls.

## JR Sales Representative

BANKROLL CAPITAL     📍 IRVINE CA     30+ DAYS AGO

**Job Description**

Bankroll is a financial technology company located in Irvine, CA. We offer simple and efficient ways for small businesses to obtain loans at the most competitive rates. We are specifically looking for motivated people to join our small, but rapidly growing team ASAP!

For more information about us and what we do, please visit www.bankroll.io

**Ideal Candidate:**

- Not afraid of cold calling
- Social, enjoys talking to people [6]

**Defendant Bankroll Operates Using Defendant American Business Services In Order to Avoid Liability For Unsolicited Telemarketing**

19.     Defendant Bankroll also operates using the business name American Business Services in order to avoid liability for its unsolicited telemarketing.

---

[5] https://www.glassdoor.com/Reviews/Bankroll-Reviews-E2557921.htm
[6] https://uvaro.com/jobs/j/D8V9dMPk/costa-mesa/ae

20.     Like Defendant Bankroll, Defendant American Business Services provides a marketplace of financing solutions for clients including business loans and lines of credit.[7]

21.     When dialing 740-895-1397, the phone number that Plaintiff was texted from, the voicemail of Kate Anderson is reached. The Kate Anderson voicemail identifies 2 company names: American Business Services and Bankroll.

22.     Kate Anderon is identified online as a Loan Specialist for Defendant Bankroll:



23.     The Better Business Bureau page for American Business Services shows that the customer contact is Ethan Phan, Operations Manager:

---

[7] https://absloans.com/
[8] https://www.zoominfo.com/p/Kate-Anderson/6111785265



**Business Details**
**Location of This Business**
1001 Bannock Street, Denver, CO 80204
✉ Email this Business

| | |
|---|---|
| **BBB File Opened:** | 12/6/2012 |
| **Years in Business:** | 22 |
| **Business Started:** | 9/1/1999 |
| **Business Started Locally:** | 9/1/1999 |
| **Type of Entity:** | Corporation |

**Contact Information**
Customer Contact

Mr. Ethan Phan, Operations Manager

**Additional Contact Information**
Phone Numbers

(888) 348-0022   Other Phone                    9

24.     Ethan Phan is also listed online as a Loan Specialist for Defendant Bankroll:

**Ethan Phan**
Loan Specialist at Bankroll Capital

Ethan Phan is a Loan Specialist at Bankroll Capital based in Irvine, California.... Read More

Get Ethan's Contact Info

Ethan Phan's Phone Number and Email

📅 Last Update   6/11/2022 2:14 PM         📞 HQ Phone   (833) 600-0031

✉ Email   e***@bankroll.io   Get Email Address      🏢 Company   Bankroll Capital

📞 Contact Number   (949) ***-****   Get Contact Number    📍 Address   500 Technology Dr, Irvine, California, 92618,...   10

---

9 https://www.bbb.org/us/co/denver/profile/small-business-loans/american-business-services-1296-90152774
10 https://www.zoominfo.com/p/Ethan-Phan/3245189909

8

25.     Calling the phone number on Bankroll's website: 833-600-0031, a live operator answers the call stating "American Business Service" and provides the website absloans.com. The two companies use their names interchangeably.

26.     Furthermore, the phone number 833-600-0031 is listed as the main phone number on Bankroll.io's website and is also listed as the phone number associated with Defendant American Business Services on unlock.capital's website.

27.     Both Bankroll and American Business Services list the same address as 500 Technology Drive, Irvine, CA 92618.[11]

28.     Defendants, for their joint benefit, place telemarketing cold calls and text messages to consumers to reach potential business owners to solicit their financing services to the consumers.

29.     Defendants place telephonic sales calls, including solicitation text messages, to hundreds if not thousands of consumers across the U.S., including to consumers whose phone numbers are registered on the National Do Not Call list, seeking information to solicit their financing services to consumers.

30.     Defendants willfully and intentionally refrain from identifying the name of the business on whose behalf the solicitation is made and the first and last name of the telephone solicitor who places the solicitation calls and text messages to the consumers, as in the text messages received by Plaintiff.

---

[11] https://bankroll.io/contact/ and https://unlock.capital/application-agreement/

31.     Defendants use autodialing software tools, like FastCall softphone, to automate the process of sending solicitation text messages and cold calls to consumers *en masse*. Multiple consumers have posted complaints online about receiving unwanted solicitation calls from Defendant Bankroll and Defendant American Business Services, including complaints of receiving spam using the phone numbers from which Plaintiff also received unsolicited text messages, including:



•



•

12
https://www.google.com/search?q=+%22American+Business+Services%22+Denver%2C+CO&rlz=1C5CHFA_enI
N944IN944&ei=OTbMYunCIefIwbkP6PSfiAg&ved=0ahUKEwipw56ziPH4AhVnZDABHWj6B4EQ4dUDCA4&
uact=5&oq=+%22American+Business+Services%22+Denver%2C+CO&gs_lcp=Cgdnd3Mtd2l6EAMyBQgAEIAE
SgQIQRgBSgQIRhgAUPMWWPMWYIoaaAFwAHgAgAH6AogB-
gKSAQMzLTGYAQCgAQHAAQE&sclient=gws-wiz#lrd=0x876c7f14520c77e9:0x35bec1b8e20b36f7,1
13 https://www.bbb.org/us/ca/irvine/profile/small-business-loans/bankroll-1126-1000057018/customer-reviews

**Jerry L**

⭐☆☆☆☆                                      12/14/2021

Absolutely horrible spamming emails. They also keep emailing me from different emails about small business funding. I don't know how they got my email and I don't know why they keep emailing me. It's an every other day occurrence.

Bankroll

**Bankroll Response**                                      12/15/2021

**********. We purchase data from public sources such as **************** and Experian. You can also ask to be removed from our list anytime. I went ahead and took care of this for you this morning. Thank you.

14

**Liran B**

⭐☆☆☆☆                                      11/11/2021

I received multiple text message asking for sensitive information like SSN and EIN.I've never applied for a loan there. They leave a phone number that goes through automated answering service that just try to collect more info about you and your business.Stay AWAY!!!!!

Bankroll

**Bankroll Response**                                      11/12/2021

Hi Liran. We will never ask for sensitive information over a text message, nor do we use an answering service. You have been removed from our list. Thank you.

15

**Ian C**

⭐☆☆☆☆                                      12/03/2021

SCAM! THEY ARE RELENTLESS. THEY HAVE CALLED ME 5 TIMES A WEEK FOR SEVERAL WEEKS ON END.

Bankroll

**Bankroll Response**                                      12/04/2021

Hi **** We purchase business data from public sources such as **************** and Experian, then reach out to those whom we feel *** qualify for our products. When you call into our office, you are given the opportunity to have your name removed from our list - I went ahead and took care of that for you. Please accept our sincerest apologies for any inconveniences or frustrations this *** have caused. Happy holidays.

16

---

[14] *Id.*
[15] *Id.*
[16] *Id.*

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered ⊙

11/20/2019

Bankroll violated TCPA the Telephone Consumer Protection Act which makes it illegal to solicit sales to cellular devices, via call or text message. I was called on October 14, 2019 at 9:50 am from 830-218-5536 and again on October 21, 2019 at 9:57 am. When I called the number back, I spoke with ***** *****, who then sent me an email identifying the business. I have proof of the illegal calls. Let me say, I DID NOT contact initiate contact with this company. I called the number 830-218-5536 after the number had called me first. In the event the company says I initiated contact with them and that this number does not belong to them, I have proof of the calls to me and my outgoing phone call to call them back. I sent an email through the company website and they did not respond.

Bankroll

**Business Response**

11/25/2019

We have made contact with Ms. ***** and the phone number has been added to our internal DNC List. Thank you

17

11/06/2019

My cell telephone number has been on the Federal Do Not Call List since September 28, 2007. I was called by a Bankroll representative two times, on October 31, 2019 and on November 5, 2019 asking me if I might be interested in a loan. I also received a follow up email from a Bankroll employee. I did not request them to call me. The call was unwanted and unsolicited. ***** *** ******** *********** ***** ******** ******* **** ******** ** ***** ******* **** **** *** ** ***** ** **** ***** ** *** ***** *** *** **** ** **** **** **** ********* ************

18

09/11/2019

I received an unwanted and unsolicited spoofed phone call from this company on August 16, 2019 at 9:05 am on my cell phone from Bankroll Capital. I am on the National Do Not Call List and this is in direct violation of the TCPA. I attempted to contact them via email, and I have not received any replies.

19

---

[17] https://www.bbb.org/us/ca/irvine/profile/small-business-loans/bankroll-1126-1000057018/complaints
[18] *Id.*
[19] *Id.*

Hey it's Kate I'm just following up on the email that I sent regarding additional funding for your business. I'm just to quickly reiterate I do offer rates as low as 3.9%. I wanted to see if you had a need this quarter. Give me a call back we can go over the rates and terms. I won't take up too much of your time I promise and we'll talk soon. Thanks.



Hey it's Kate. Just following up on that pre-business line of credit I have available for you. I sent a few emails left a couple voicemails. Wanted to put out one more courtesy call before I close your file. I really just want a quick moment of your time to go over the rates and terms and see if it's a good fit for you and your business. Give me a call when you're free I'll be here actually through my lunch hour today doing some catch up. I'll talk to you soon.



[20]

Hello it's Kate. I am following up on my call from last week and didn't hear back from you in terms of what you would like me to do with your file. Just to reiterate I do have you pre-approved for a line of credit or your business rather for a line of credit up to 250,000. I'm really just wanted to get your green light to get the process started. It's pretty quick everything is paperless can have the funds in your account just a couple of days. Rates are right around 4% and just wanted to connect quickly chat and make in getting started. I will be on standby for your call.



[21]

Hey it's Isaac I sent you an email regarding your incomplete business profile. If you could just please take a moment to update your business information for me so I can put together your funding options. It only take about five minutes and I wanna affect your credit score whatsoever but please feel free to give me a call if you have any questions. Thanks. Bye bye.

[22]

---

[20] https://directory.youmail.com/directory/phone/9496033952
[21] *Id.*
[22] *Id.*

Hi it's Kate just following up on that pre-approved business line of credit that I have available for your business. I did send over a couple of emails before I do close out your file though I wanted to see if you had some time to go over the rates and terms. Give me a call when you have a moment to discuss. Thank you so much.

23

Hey it's Kate. I don't wanna bug. I know you're busy business owner just trying to catch you at the right time. I did send over a couple of emails about that pending approval I have regarding funding for your business. Again just a reminder I do have some rates as low as 3.9% confined up to $1 million. We move pretty quickly to get you funded in as little as one to two days. If you move at the same pace as I do. Again happy to go over some of the details if you give me a call back won't take up too much your time. Again this is Kate. Thanks so much and have a great day.

24

It's Kate I'm just following up on that email that I sent. Hey, it's Kate I'm just following up on that email that I sent regarding additional funding for your business. I'm just to quickly reiterate I do offer rates as low as 3.9%. I wanted to see if you had a need this quarter. Give me a call back we can go over the rates and terms. I won't take up.

Hi it's Kay checking back again. I sent an email regarding some funding for your business. Just wanted to follow up with a really quick call to go over some of the details and answer any questions you may have. We do offer some competitive rates I think you wanna hear about and I look forward to your call. Thanks so much and have a great day.

25

🚫 Spam

I'm getting over a 100 calls a day from this number. And reported it to them last Wednesday Feb. 23 2022 and they have not stopped.

Reported Caller Name: Funding

Chase
3/1/22, 12:49 PM        26

---

23 *Id.*
24 *Id.*
25 *Id.*
26 *Id.*

Hey it's Kate. I don't wanna bug. I know you're busy business owner just trying to catch you at the right time. I did send over a couple of emails about that pending approval I have regarding funding for your business. Again just a reminder I do have some rates as low as 3.9% confined up to $1 million. We move pretty quickly to get you funded in as little as one to two days. If you move at the same pace as I do. Again happy to go over some of the details if you give me a call back won't take up too much your time. Again this is Kate. Thanks so much and have a great day.



Hi it's Kate just following up on that pre-approved business line of credit that I have available for your business. I did send over a couple of emails before I do close out your file though I wanted to see if you had some time to go over the rates and terms. Give me a call when you have a moment to discuss. Thank you so much.



It's Kate I'm just following up on that email that I sent. Hey, it's Kate I'm just following up on that email that I sent regarding additional funding for your business. I'm just to quickly reiterate I do offer rates as low as 3.9%. I wanted to see if you had a need this quarter. Give me a call back we can go over the rates and terms. I won't take up.



Hi it's Kay checking back again. I sent an email regarding some funding for your business. Just wanted to follow up with a really quick call to go over some of the details and answer any questions you may have. We do offer some competitive rates I think you wanna hear about and I look forward to your call. Thanks so much and have a great day.

- 

27

---

[27] https://directory.youmail.com/directory/phone/9496033963



Hey it's Kate I'm just following up on the email that I sent regarding additional funding for your business. I'm just to quickly reiterate I do offer rates as low as 3.9%. I wanted to see if you had a need this quarter. Give me a call back we can go over the rates and terms. I won't take up too much of your time I promise and we'll talk soon. Thanks.

Hey it's Kate. Just following up on that pre-business line of credit I have available for you. I sent a few emails left a couple voicemails. Wanted to put out one more courtesy call before I close your file. I really just want a quick moment of your time to go over the rates and terms and see if it's a good fit for you and your business. Give me a call when you're free I'll be here actually through my lunch hour today doing some catch up. I'll talk to you soon.

Hello it's Kate. I am following up on my call from last week and didn't hear back from you in terms of what you would like me to do with your file. Just to reiterate I do have you pre-approved for a line of credit or your business rather for a line of credit up to 250,000. I'm really just wanted to get your green light to get the process started. It's pretty quick everything is paperless can have the funds in your account just a couple of days. Rates are right around 4% and just wanted to connect quickly chat and make in getting started. I will be on standby for your call.



- [28]

32.     In response to these calls and text messages, Plaintiff Scofield brings forward this case seeking injunctive relief requiring the Defendant to cease from violating the Telephone Consumer Protection Act and the Florida Telephone Solicitation Act, as well as an award of statutory damages to the members of the Classes and costs.

### **PLAINTIFF SCOFIELD'S ALLEGATIONS**

33.     Plaintiff Scofield is the subscriber and the sole user of the cell phone number ending with xxx-xxx-1521.

---

[28] *Id.*

34.     Plaintiff Scofield registered his cell phone number on the National Do Not Call Registry on June 12, 2007.

35.     On June 8, 2022, at 10:10 AM, Plaintiff Scofield received an unsolicited text message from the phone number 949-603-3963 on his cell phone, from an agent Kate, who did not identify her last name, and Defendants' names, the business on whose behalf the solicitation text message was sent, in the solicitation text message. The text message sought information about Plaintiff's business so Defendant could solicit lending options to Plaintiff.

Yesterday • 10:10 AM

Texting with (949) 603-3963 (SMS/MMS)

Hi Michael. Kate again checking back on your business profile. FYI checking options wont affect your score, no SSN required. Call if you have questions.

36.     On calling the phone number 949-603-3963, it is first answered by an automated voice message system which states, "Thanks for calling American Business Services", and tries to connect the caller to an agent. The call rings for a while and is then transferred to another voice message which informs that no agents are available and states, "Thanks again for calling Bankroll."

17

37.     The phone number Defendants used to send the solicitation text to the

Plaintiff, 949-603-3963, is a California area code phone number.[29]

38.     On June 15, 2022, at 3:23 PM, Plaintiff Scofield received another

unsolicited text message from the phone number 740-895-1297 on his cell phone,

where the solicitor failed to identify their first or last name, and Defendants' names,

the business on whose behalf the solicitation text message was sent, in the

solicitation text message. The text message sought information about Plaintiff's

business so Defendant could solicit lending options to Plaintiff.



39.     On calling the phone number 740-895-1397, it reaches Kate

Anderson's voicemail, and is then transferred to a voice message system which

identifies as Defendant American Business Services.

40.     On June 16, 2022, at 10:10 AM, Plaintiff Scofield received another

unsolicited text message from the phone number 949-603-3952 on his cell phone,

---

[29] https://www.allareacodes.com/949

from an agent Kate, who did not identify her last name, and Defendants' names, the business on whose behalf the solicitation text message was sent, in the solicitation text message. The text message sought information about Plaintiff's business so Defendant could solicit lending options to Plaintiff.



41.     On calling this phone number 949-603-3952, it is answered by the same voice message system which answers the phone number 949-603-3963, identifying both Defendant American Business Service and Defendant Bankroll. The call is first answered by an automated voice message system which states, "Thanks for calling American Business Services", and tries to connect the caller to an agent. The call rings for a while and is then transferred to another voice message which informs that no agents are available and states, "Thanks again for calling Bankroll."

42.     Plaintiff Scofield did not request business loan quotes or any information from either of the Defendants, and never consented to receiving telemarketing text messages from or on behalf of the Defendants.

43.    Defendant, and/or the telephone solicitor who sent the telemarketing text messages to Plaintiff Scofield's cell phone failed to identify the company name and their full name in the solicitation text messages they sent to Plaintiff's cell phone.

44.    The unauthorized telephonic sales calls that Plaintiff received from Defendants, as alleged herein, have harmed the Plaintiff in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

45.    Seeking redress for these injuries, Plaintiff Scofield, on behalf of himself and Classes of similarly situated individuals, brings suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., and the Florida Telephone Solicitation Act, Fla. Stat. 501.059, which prohibit sending unsolicited telemarketing calls and text messages to cell phone numbers that are registered on the DNC, and without identifying the full name of the telephone solicitor and the name of the company on whose behalf the solicitation was sent.

## CLASS ALLEGATIONS

46.    Plaintiff Scofield brings this action pursuant to Florida Rule of Civil Procedure 1.220(b)(2) and (b)(3), and seeks certification of the following Classes:

**TCPA Do Not Call Registry Class**: All persons in the United States who from four years prior to the filing of this action through class certification (1) either of the Defendants called or texted more than one time, (2) within any

12-month period, (3) where the person's phone number had been listed on the National Do Not Call Registry for at least thirty days (4) for substantially the same reason Defendants texted Plaintiff.

**Florida Do Not Call Registry Class:** All persons in Florida, who, on or after July 1, 2021, (1) whose telephone numbers appear on the then-current "no sales solicitation calls" list, and (2) who received unwanted telephonic sales call from or on behalf of the Defendant.

**Florida Unidentified Telephone Solicitor Class:** All persons in Florida, who, on or after July 1, 2021, (1) received an unsolicited telephonic sales call from the Defendant, (2) in which they failed to identify the full name of solicitor and the business on whose behalf the solicitation call was placed, as in the solicitation received by the Plaintiff.

47.     The following individuals are excluded from the Classes: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Classes; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant has been fully and finally adjudicated and/or released. Plaintiff Scofield anticipates the need to amend the Class definitions following appropriate discovery.

48.     **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable.

49.   **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Classes, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Classes include, but are not necessarily limited to the following:

(a)   whether Defendants placed multiple text messages to Plaintiff and members of the TCPA Do Not Call Registry Class and the Florida Do Not Call Registry class without first obtaining consent to send the text messages;

(b)   whether Defendants sent telemarketing text messages, to Plaintiff and members of the Florida Unidentified Telephone Solicitor Class, without identifying the first and last names of the solicitor who sent the text, and/or the name of Defendants' business;

(c)   whether Defendant's conduct violated the TCPA and the FTSA; and

(d)   whether members of the Classes are entitled to treble damages based on the willfulness of Defendant's conduct.

50.   **Adequate Representation**: Plaintiff will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. The Plaintiff has no interests antagonistic to those of the Classes, and Defendant have no defenses unique to the Plaintiff. The Plaintiff

and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Classes and have the financial resources to do so. Neither the Plaintiff nor his counsel have any interest adverse to the Classes.

51. **Appropriateness**: This class action is also appropriate for certification because the Defendants have acted or refused to act on grounds generally applicable to the Classes and as wholes, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendants' business practices apply to and affect the members of the Classes uniformly, and Plaintiff's challenge of those practices hinges on Defendants' conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Scofield. Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendants' actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendants' misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**<u>FIRST CAUSE OF ACTION</u>**
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Scofield and the TCPA Do Not Call Registry Class)**

52.  Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference.

53.  The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

54.  Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object.  47 U.S.C. § 227(c).

55.  Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Scofield and the TCPA Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

24

56.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff and the TCPA Do Not Call Registry Class received more than one telephone solicitation in a 12-month period made by or on behalf of Defendant in violation of 47 C.F.R. § 64.1200, as described above. As a result of Defendant's conduct as alleged herein, Plaintiff and the TCPA Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

57.     To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the TCPA Do Not Call Registry Class.

## SECOND CAUSE OF ACTION
**Florida Telephone Solicitation Act**
**(Violations of Fla. Stat. § 501.059)**
**(On Behalf of Plaintiff Scofield and the Florida Do Not Call Registry Class)**

58.     Plaintiff repeats and realleges paragraphs 1 through 51 of this Complaint and incorporates them by reference.

59.     Plaintiff brings this claim individually and on behalf of the Do Not Call Registry Class Members against the Defendants.

60.     It is a violation of the FTSA to "make or cause to be made any unsolicited telephonic sales call to any residential, mobile, or telephonic paging device telephone number if the number for that telephone appears in the then-current

quarterly listing published by the department." Fla. Stat. § 501.059(4)

61.    A "telephonic sales call" is defined as a "telephone call, text message, or voicemail transmission to a consumer for the purpose of soliciting a sale of any consumer goods or services, soliciting an extension of credit for consumer goods or services, or obtaining information that will or may be used for the direct solicitation of a sale of consumer goods or services or an extension of credit for such purposes." Fla. Stat. § 501.059(1)(i).

62.    In violation of the FTSA, Defendants made and/or cased to be made unsolicited telephone sales calls to Plaintiff, and other members of the Do Not Call Registry Class despite their telephone numbers appearing on the quarterly listing published by the department.

63.    As a result of Defendants' conduct, and pursuant to § 501.059(10)(a) of the FTSA, Plaintiff and Class members were harmed and are each entitled to a minimum of $500.00 in damages for each violation. Plaintiff and the Class members are also entitled to an injunction against future calls. *Id.*

**THIRD CAUSE OF ACTION**
**Florida Telephone Solicitation Act**
**(Violations of Fla. Stat. § 501.059)**
**(On Behalf of Plaintiff Scofield and the Unidentified Telephone Solicitor Class)**

64.    Plaintiff repeats and realleges paragraphs 1 through 51 of this Complaint and incorporates them by reference.

65.     Plaintiff brings this claim individually and on behalf of the Unidentified Telephone Solicitor Class Members against Defendants.

66.     The FTSA requires "any telephone solicitor who makes an unsolicited telephonic sales call to a residential, mobile, or telephonic paging device telephone number" to mandatorily "identify himself or herself by his or her true first and last names and the business on whose behalf he or she is soliciting immediately upon making contact by telephone with the person who is the object of the telephone solicitation." Fla. Stat. § 501.059(2)

67.     A "telephonic sales call" is defined as a "telephone call, text message, or voicemail transmission to a consumer for the purpose of soliciting a sale of any consumer goods or services, soliciting an extension of credit for consumer goods or services, or obtaining information that will or may be used for the direct solicitation of a sale of consumer goods or services or an extension of credit for such purposes." Fla. Stat. § 501.059(1)(i).

68.     In violation of the FTSA, Defendants failed to identify the name of the telephone solicitor or the business on whose behalf those unsolicited telephonic sales calls were made and/or caused to be made to the Plaintiff, and other members of the Unidentified Telephone Solicitor Class.

69.     As a result of Defendants' conduct, and pursuant to § 501.059(10)(a) of the FTSA, Plaintiff and Class members were harmed and are each entitled to a

minimum of $500.00 in damages for each violation. Plaintiff and the Class members are also entitled to an injunction against future calls. *Id.*

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Classes, prays for the following relief:

a)   An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff as the representative of the Classes; and appointing his attorneys as Class Counsel;

b)   An award of damages and costs;

c)   An order declaring that Defendants' actions, as set out above, violate the TCPA and the FTSA;

d)   An injunction requiring Defendants to cease all unsolicited calling activity, and to otherwise protect the interests of the Classes; and

e)   Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Scofield requests a jury trial.

> **MICHAEL SCOFIELD**, individually and on behalf of all others similarly situated,

DATED 8/12/2022                    By: /s/ *Rachel E. Kaufman*

Rachel Elizabeth Kaufman (CSB# 259353)
Kaufman P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorneys for Plaintiff and the putative Classes*