Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BANKROLL CAPITAL INC., a California corporation,<br><br>*Defendant.* | Case No. 8:22-cv-01515-JWH-KES<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTS II & III OF THE AMENDED COMPLAINT**<br><br>HON. JOHN W. HOLCOMB<br>Amended Complaint filed: December 14, 2022 |

Plaintiff Michael Scofield gives notice of dismissing without prejudice counts II and III of the amended complaint (ECF 22).

Respectfully submitted,

DATED this 27th day of January, 2023.

By: /s/ *Rachel E. Kaufman*
Rachel Elizabeth Kaufman
Kaufman P.A.
Email: Rachel@kaufmanpa.com
*Counsel for Plaintiff and the putative classes*