1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>BANKROLL CAPITAL INC., a California corporation,<br><br>*Defendant.* | Case No. 8:22-cv-01515-JWH-KES<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE CLASS CERTIFICATION-RELATED DEADLINES**<br><br>HON. JOHN W. HOLCOMB<br>Amended Complaint filed: December 14, 2022 |

1    This cause came before the Court pursuant to the Parties' stipulation to

2  extend the class certification deadlines (ECF 23).  Good cause appearing therefor,

3  the Court hereby **ORDERS** as follows:

4        1.    The Stipulation is **GRANTED in part**.

5        2.    The deadline for Plaintiff to file a motion for class certification is

6  **CONTINUED** to October 27, 2023.

7        3.    The deadline for Defendant to file its opposition to Plaintiff's

8  anticipated motion for class certification is **CONTINUED** to November 27, 2023.

9        4.    The deadline for Plaintiff to file his reply in support of his anticipated

10 motion for class certification is **CONTINUED** to December 15, 2023.

11       5.    The hearing on Plaintiff's anticipated motion for class certification is

12 **CONTINUED** to January 5, 2024.

13       **IT IS SO ORDERED.**

14

15  Dated:  July 31, 2023

16                                      John W. Holcomb
                                        HONORABLE DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                                                            2