# IN THE UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANKROLL CAPITAL, INC., a California corporation,<br><br>Defendants. | Case No. 8:22-cv-01515-JWH(KESx)<br><br>**ORDER GRANTING APPLICATION TO SUBMIT DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL AND ITS EXHIBIT FOR IN CAMERA REVIEW** |

1 | Having considered Counsel's Application and supporting declaration of David M. Krueger and for compelling reasons appearing therefor, it is hereby **ORDERED** as follows:

2 | 1. Counsel's Application for leave to submit unredacted copies of the referenced documents for *in camera* review is **GRANTED**.

3 | 2. Counsel shall highlight the proposed redactions to the referenced documents when submitting.

**IT IS SO ORDERED.**

Dated: August 14, 2023

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE